IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LAWRENCE HOUSTON HOBBS, | § § | |
| *Plaintiff,* | § § | SA-22-CV-00342-XR |
| vs. | § § § | |
| MARC D. STANLEY, JOHN DOE, DEFENDANT 2; JANE DOE, DEFENDANT 3; AND JOHN DOE, DEFENDANT 4, | § § § § § | |
| *Defendants.* | § § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned issued a Report and Recommendation recommending that the Court deny Plaintiff's motion to proceed *in forma pauperis* in this action. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 14th day of April, 2022.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE